1

2

3

4

5                       IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   J&J SPORTS PRODUCTIONS, INC.,                    No. C 10-05510 SI

9           Plaintiff,                               **ORDER DENYING MOTION FOR
                                                     DEFAULT JUDGMENT**

10     v.

11   JAMES A. DAILEY,

12           Defendant.
                                                /

13

14       For the reasons stated on the record during the hearing, plaintiff's motion is DENIED.

15       Plaintiff shall contact defendant to discuss the status of the case.

16       Defendant is advised that advice about proceeding *pro se* in Federal Court can be sought from

17   the Court's Federal Pro Bono Project at 415-782-9000 x. 8657 or by visiting the Legal Help Center in

18   the Federal Courthouse, 450 Golden Gate Ave., 15th Floor, Room 2796, San Francisco, CA 94102.

19

20       **IT IS SO ORDERED.**

21

22   Dated: May 27, 2011

23                                                   SUSAN ILLSTON
                                                     United States District Judge

24

25

26

27

28

**United States District Court**
For the Northern District of California