Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 4:10-cv-05510-SI |
| Plaintiff, | |
| vs. | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) |
| JAMES A. DAILEY, JR., et al. | |
| Defendant. | |

TO THE HONORABLE SUSAN ILLSTON, THE DEFENDANTS, AND HIS ATTORNEYS OF RECORD:

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order vacating the Case Management Conference in this action, presently set for Friday, July 29, 2011 at 2:30 P.M. This request will be, and is, necessitated by the fact that defendant James A. Dailey, Jr., individually and d/b/a The Dapper Sports Bar a/k/a Golden Bear Sport Bar is in default and Plaintiff's Application for Default Judgment is currently pending before this Honorable Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant. As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

1

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Case

2   Management Conference presently scheduled for Friday, July 29, 2011 at 2:30 P.M. in order that

3   Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final

4   disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

5

6

7                                          Respectfully submitted,

8

9

10

Dated: July 21, 2011                       /s/ Thomas P. Riley
11                                          **LAW OFFICES OF THOMAS P. RILEY, P.C.**
12                                          By: Thomas P. Riley
                                            Attorneys for Plaintiff
13                                          J & J Sports Productions, Inc.

14

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

## <u>ORDER</u> (Proposed)

It is hereby ordered that the Case Management Conference in civil action number 4:10-cv-05510-SI styled *J & J Sports Productions, Inc. v. James A. Dailey, Jr., et al*., is hereby vacated.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

_____     Dated:_____ 7/21/11 _____

**THE HONORABLE SUSAN ILLSTON**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 21, 2011, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

James A. Dailey, Jr. (Defendant)
6508 Sunnymere Ave.
Oakland, CA 94605

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on July 21, 2011, at South Pasadena, California.

Dated:  July 21, 2011                                    */s/ Maria Baird*_____
                                                                      **MARIA BAIRD**

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING
THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 4:10-cv-05510-SI
PAGE 4**